# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH J. NOWAK, and<br>CAROLYN L. NOWAK, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 4:06CV3184 |
| vs. | )<br>) | ORDER |
| MERCK & CO., INC., | )<br>)<br>) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to stay all proceedings (Filing No. 6). The defendant seeks a stay of proceedings pending a transfer decision by the judicial panel on multidistrict litigation to the case captioned ***In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.,*** (MDL-1657, E.D. La.). The defendant represents the plaintiffs have no objection to the extension. Upon consideration,

**IT IS ORDERED:**

1. The defendant's motion to stay (Filing No. 6) is granted as set forth below.
2. All proceedings in this matter are stayed. The parties shall file a status report **on October 1, 2006**, unless the case is transferred to the Multi-District Litigation Docket.

DATED this 17th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge