JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA    SEP 2 8 2006

DOCKET NO. 1657    2006 OCT 23  PM 2: 15    FILED
CLERK'S OFFICE

OFFICE OF THE CLERK

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

4:06CV3184
(SEE ATTACHED SCHEDULE)    4:06CV3186
4:06CV3188

### CONDITIONAL TRANSFER ORDER (CTO-64)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,400 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-64 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #               CASE CAPTION

ALABAMA NORTHERN
ALN  1  06-1628                 Barbara D. Davison, et al v. Merck & Co., Inc.
ALN  2  06-1570                 Glenn W. Baty, Jr. v. Merck & Co., Inc.
ALN  2  06-1625                 Jo Lynn Perkins, et al. v. Merck & Co., Inc.
ALN  2  06-1630                 Audrey G. Pearson, et al. v. Merck & Co., Inc.
ALN  3  06-1626                 James W. Russell, et al. v. Merck & Co., Inc.
ALN  4  06-1627                 Herber R. Norckauer v. Merck & Co., Inc.
ALN  4  06-1629                 Marjorie Carson, et al. v. Merck & Co., Inc.
ALN  5  06-1535                 Linda T. Eaves, et al. v. Merck & Co., Inc.

ARKANSAS WESTERN
ARW  3  06-3050                 John J. O'Neill v. Merck & Co., Inc.

CALIFORNIA CENTRAL
CAC  2  06-3235                 Carolyn Wunder, etc. v. Merck & Co., Inc.
CAC  2  06-4748                 Cleola Williams, et al. v. Merck & Co., Inc.
CAC  2  06-4763                 Dr. Gilbert Swe, et al. v. Merck & Co., Inc., et al.

CALIFORNIA EASTERN
CAE  1  06-1006                 Brenda De La Cruz, et al. v. Merck & Co., Inc.
~~CAE  2  06-1826~~             ~~Gladys Herring, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/16/06
~~CAE  2  06-1845~~             ~~Ruth Beatty v. Merck & Co., Inc., et al.~~ Opposed 10/12/06
~~CAE  2  06-1941~~             ~~Mary Grove v. Merck & Co., Inc., et al.~~ Opposed 10/12/06
~~CAE  2  06-1954~~             ~~Donna Moret v. Merck & Co., Inc., et al.~~ Opposed 10/12/06

CALIFORNIA NORTHERN
~~CAN  3  06-4921~~             ~~Jeffrey Kaufman, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/12/06
CAN  3  06-5332                 Isaac Pirnazar v. Merck & Co., Inc.

COLORADO
CO   1  06-1529                 Peter Appenzeller v. Merck & Co., Inc.
CO   1  06-1676                 Safdar Lilak v. Merck & Co., Inc.
CO   1  06-1679                 Donald Patterson v. Merck & Co., Inc.

CONNECTICUT
CT   3  06-1336                 Joni Barnett, et al. v. Merck & Co., Inc.

FLORIDA MIDDLE
FLM  3  06-742                  Kathryn Jenkins, etc. v. Merck & Co., Inc., et al.
FLM  5  06-291                  Steven Pazian, etc. v. Merck & Co., Inc.
FLM  8  06-1507                 Jerry Kaiser v. Merck & Co., Inc., et al.
FLM  8  06-1572                 Ena Diaz v. Merck & Co., Inc., et al.
FLM  8  06-1593                 Thomas Greenlee, et al. v. Merck & Co., Inc.

FLORIDA NORTHERN
FLN  1  06-130                  Theodore Presley v. Merck & Co., Inc., et al.
FLN  1  06-163                  Betty Daniels v. Merck & Co., Inc., et al.

SCHEDULE CTO-64 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA SOUTHERN** | |
| FLS  0  06-61147 | Dorothy J. Matuszak, et al. v. Merck & Co., Inc. |
| FLS  0  06-61148 | Sylvia Cardone, et al. v. Merck & Co., Inc. |
| FLS  9  06-80732 | Allan Reise, et al. v. Merck & Co., Inc. |
| **GEORGIA MIDDLE** | |
| GAM  4  06-73 | Helen Hightower, etc. v. Merck & Co., Inc. |
| GAM  5  06-286 | Barbara P. Stone, et al. v. Merck & Co., Inc. |
| **GEORGIA NORTHERN** | |
| GAN  1  06-1749 | Veronica Davis v. Merck & Co., Inc. |
| GAN  1  06-1751 | Barbara Jean Brown v. Merck & Co., Inc. |
| GAN  1  06-1752 | Audrey Culbreth v. Merck & Co., Inc. |
| GAN  1  06-1753 | Susan Patton, etc. v Merck & Co., Inc. |
| GAN  1  06-1754 | Leta Ballard, etc. v. Merck & Co., Inc. |
| GAN  1  06-1965 | Muriel Burnat v. Merck & Co., Inc. |
| **GEORGIA SOUTHERN** | |
| GAS  6  06-75 | Mary Sowell, etc. v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS  4  06-403 | James F. Lockard, et al. v. Merck & Co., Inc. |
| **IDAHO** | |
| ID  1  06-326 | Dorothy LeFavi v. Merck & Co., Inc. |
| **ILLINOIS CENTRAL** | |
| ILC  3  06-3188 | Jerry Highsmith v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  06-4602 | Joseph Szerbinski, et al. v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ~~ILS  3  06-630~~ | ~~Lorene Deist, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/10/06 |
| ~~ILS  3  06-634~~ | ~~June Mannings, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/10/06 |
| ILS  3  06-658 | Roland Beavers, et al. v. Merck & Co., Inc. |
| **INDIANA SOUTHERN** | |
| INS  2  06-160 | John A. Shipman, Sr., et al. v. Merck & Co., Inc. |
| INS  2  06-169 | Leslie D. Johnston, et al. v. Merck & Co., Inc. |
| INS  2  06-181 | Carolyn Willis v. Merck & Co., Inc. |
| INS  2  06-182 | Nancy A. Chambers, et al. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS  2  06-2331 | Wanda Fendley v. Merck & Co., Inc. |
| KS  2  06-2338 | Jack Nachman, et al. v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW  5  05-1710 | Jeffrey Brinson, et al. v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN  0  06-3189 | John P. Erickson, etc. v. Merck & Co., Inc. |
| MN  0  06-3193 | Paul Kunin, et al. v. Merck & Co., Inc. |
| MN  0  06-3199 | Raye Simonian, et al. v. Merck & Co., Inc. |
| MN  0  06-3351 | Ambrose Reese, etc. v. Merck & Co., Inc. |
| MN  0  06-3444 | Shirley P. Worth v. Merck & Co., Inc. |
| MN  0  06-3449 | Ronald Swanson, et al. v. Merck & Co., Inc. |
| MN  0  06-3503 | Osmo Larmi v. Merck & Co., Inc. |

SCHEDULE CTO-64 - TAG-ALONG ACTIONS (MDL-1657)                                              Page 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI EASTERN** | |
| ~~MOE 4 06-1157~~ | ~~Stephen D. Murch v. Merck & Co., Inc., et al.~~ Opposed 10/10/06 |
| MOE 4 06-1181 | Jack Priesmeyer v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-760 | Cynthia King v. Merck & Co., Inc. |
| MSS 1 06-761 | Gladys Harrien v. Merck & Co., Inc. |
| MSS 1 06-762 | Gary Wyman, Sr. v. Merck & Co., Inc. |
| MSS 1 06-763 | Robert Seal v. Merck & Co., Inc. |
| **NORTH CAROLINA EASTERN** | |
| ~~NCE 7 06-115~~ | ~~Eugene Seals, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/10/06 |
| NCE 7 06-119 | Alma F. Owens v. Merck & Co., Inc. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-710 | Michael R. Ingram, et al. v. Merck & Co., Inc. |
| NCM 1 06-711 | Jeffery L. Ireland, et al. v. Merck & Co., Inc. |
| NCM 1 06-714 | Irene G. Berckman, et al. v. Merck & Co., Inc. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-236 | Marshall D. Justice, et al. v. Merck & Co., Inc. |
| NCW 1 06-257 | Cynthia M. Beam, et al. v. Merck & Co., Inc. |
| NCW 3 06-365 | Jay H. Carpenter, et al. v. Merck & Co., Inc. |
| NCW 3 06-366 | William H. Cooper, et al. v. Merck & Co., Inc. |
| **NEBRASKA** | |
| NE 4 06-3184 | Kenneth J. Nowak, et al. v. Merck & Co., Inc. |
| NE 4 06-3186 | Steven Harrington, et al. v. Merck & Co., Inc. |
| NE 4 06-3188 | Aralon W. Oestmann, et al. v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ 3 06-3384 | Frank Britton, et al. v. Merck & Co., Inc. |
| NJ 3 06-4081 | Constance Ware, et al. v. Merck & Co., Inc. |
| NJ 3 06-4160 | John Aubuchon, et al. v. Merck & Co., Inc. |
| **NEVADA** | |
| NV 2 06-1018 | Bernell Shaffner v. Merck & Co., Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-3790 | Joseph D. Wein, etc. v. Merck & Co., Inc. |
| **NEW YORK NORTHERN** | |
| ~~NYN 1 06-932~~ | ~~Dennis Richard Harrison v. Merck & Co., Inc.~~ Opposed 10/16/06 |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-5665 | William Kahle, et al. v. Merck & Co., Inc. |
| NYS 1 06-5896 | Carmen I. Reyes, etc. v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW 1 06-517 | Ronald V. Morley, Sr. v. Merck & Co., Inc. |
| NYW 6 06-6410 | Gregory Bennett, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6427 | Stephanie Guy, et al. v. Merck & Co., Inc., et al. |
| NYW 6 06-6428 | Arline M. Ellis, et al. v. Merck & Co., Inc., et al. |
| NYW 6 06-6429 | Karen Sarach, et al. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-64 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN  1  06-1982 | Diane M. Lamoreaux, et al. v. Merck & Co., Inc. |
| OHN  1  06-1984 | Howard Moss v. Merck & Co., Inc. |
| OHN  1  06-2106 | Markus Bruckner v. Merck & Co., Inc. |
| OHN  3  06-1877 | Pearl D. King, et al. v. Merck & Co., Inc. |
| OHN  3  06-1898 | James G. Siefker, etc. v. Merck & Co., Inc. |
| OHN  3  06-2062 | Howard Davenport, et al. v. Merck & Co., Inc. |
| **OKLAHOMA EASTERN** | |
| OKE  6  06-309 | Carol Chastain v. Merck & Co., Inc. |
| OKE  6  06-310 | Rick Swafford v. Merck & Co., Inc. |
| OKE  6  06-341 | Tommy Combs, et al. v. Merck & Co., Inc. |
| **OKLAHOMA NORTHERN** | |
| OKN  4  06-395 | Ruby Erhart, etc. v. Merck & Co., Inc. |
| OKN  4  06-444 | Duain W. Hogue v. Merck & Co., Inc. |
| OKN  4  06-450 | Helen L. Post, et al. v. Merck & Co., Inc. |
| OKN  4  06-452 | Ronald Kelsey v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW  5  06-904 | Willa Jean Poe, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  06-3419 | George Acaley, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3439 | Renate Eaton, etc. v. Merck & Co., Inc., et al. |
| PAE  2  06-3440 | Dolores Bultman v. Merck & Co., Inc., et al. |
| PAE  2  06-3441 | Thomas H. Whitfield, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3498 | Dorothy J. Larson, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3534 | Henrietta L. Morris, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3557 | Maria Oquendo v. Merck & Co., Inc., et al. |
| PAE  2  06-3558 | Bradford Clayton Wallis, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3593 | Henry Bell, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3627 | Edward J. Silverman, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3645 | Nancy M. Miller, etc. v. Merck & Co., Inc. |
| PAE  2  06-3700 | Eric J. Cohen, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3722 | Shirley D. McGinley, etc. v. Merck & Co., Inc. |
| PAE  2  06-3804 | Mary Ann Romerger, etc. v. Merck & Co., Inc. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  06-1120 | Audrey Sapida v. Merck & Co., Inc. |
| **SOUTH CAROLINA** | |
| SC  4  06-2332 | Carlos R. Delafuente, et al. v. Merck & Co., Inc. |
| SC  4  06-2369 | Michael E. Watson, et al. v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE  2  06-312 | Johnny Kincaid, et al. v. Merck & Co., Inc. |
| TXE  5  06-191 | Bertha Free v. Merck & Co., Inc. |
| **TEXAS NORTHERN** | |
| TXN  4  06-538 | Kathryn Jo Trotter v. Merck & Co., Inc. |
| TXN  4  06-569 | Katherine Shelly Moyers v. Merck & Co., Inc. |

SCHEDULE CTO-64 - TAG-ALONG ACTIONS (MDL-1657) PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TEXAS SOUTHERN | |
| TXS  4  06-2565 | Winston Webber v. Merck & Co., Inc. |
| TEXAS WESTERN | |
| TXW  2  06-69 | Alicia E. Ramos, et al. v. Merck & Co., Inc. |
| UTAH | |
| UT  1  06-92 | Joyce Mower, etc. v. Merck & Co., Inc. |
| UT  2  06-697 | Beryl Ball, etc. v. Merck & Co., Inc. |
| VIRGINIA WESTERN | |
| VAW  2  06-48 | Nancy Osborne, et al. v. Merck & Co., Inc. |
| WASHINGTON WESTERN | |
| WAW  2  06-1113 | Gene Mesker, et al. v. Merck & Co., Inc. |
| WEST VIRGINIA SOUTHERN | |
| ~~WVS  2  06-619~~ | ~~Ronda Lee Smith, etc. v. Health Management Associates of West Virginia, Inc., et al.~~ |

Vacated 10/13/06

# INVOLVED COUNSEL LIST (CTO-64)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
4400 Bayou Blvd., Suite 58
Pensacola, FL 32503-1909

Crystal B. Baker
Nelson Mullins Riley
& Scarborough, LLP
The Knollwood, Ste. 530
380 Knollwood St.
Winston-salem, NC 27103

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Daniel E. Barenbaum
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Lawrence Baron
1515 S.W. Fifth Avenue
Suite 808
Portland, OR 97201

Joseph C. Barrera
Joseph C. Barrera Law Offices
1797 San Barrera Law Avenue
Pomona, CA 91767

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Sally Piskun Berg
Moriarty, Leyendecker, P.C.
1123 Spruce Street
#200
Boulder, CO 80302

Jan R. McLean Bernier
Halleland, Lewis, Nilan
& Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402-4501

Mark A. Berman
Gibbons, Del Deo, Dolan,
Griffinger, et al.
A Professional Corp.
One Riverfront Plaza
Newark, NJ 07102-5497

Kevin F. Berry
Cozen O'Connor
The Atrium
1900 Market Street, Third Floor
Philadelphia, PA 19103

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Pamela A. Borgess
Zoll & Kranz, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617

Carole Bosch
Hersh & Hersh
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396

Rickey J. Brantley
Jose, Henry, Brantley, MacLean
& Alvarado
675 North Henderson Street
Ft. Worth, TX 76107

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102-7103

Evan D. Buxner
Walther Glenn Law Associates
10 South Brentwood Boulevard, Suite 102
St. Louis, MO 63105-1694

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

H. Truman Chafin
H. Truman Chafin Law Firm
PO Box 1799
Williamson, WV 25661

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Charles A. Childers
Childers Buck & Schlueter
260 Peachtree Street, Suite 1601
Atlanta, GA 30303

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Thomas Mathew Corea
Corea Firm, PLLC
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, TX 75201

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017

David William Crowe
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202-5605

John V. D'Amico
Meiselman, Denlea, Packman, Carton & Eberz, P.C.
1311 Mamaroneck Avenue
White Plains, NY 10605

Philomena M. Dane
Squire, Sanders & Dempsey, L.L.P.
41 South High Street, Suite 1300
Columbus, OH 43215

Parviz Darabi
Parviz Darabi Law Offices
500 Airport Blvd., Suite 100
Burlingame, CA 94010

Robert M. Davant
11811 North Freeway, Suite 500
Houston, TX 77060

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, MO 64196

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506-7018

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

Roger Lynn DeMik
P.O. Box 459
Lebanon, VA 24266

Nicholas A. DiCello
Spangenbert, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David A. Dick
Thompson & Coburn
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue, 10th Floor
New York, NY 10016

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Kendall C. Dunson
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Gary A. Eaton
Eaton & Sparks
1717 East 15th Street
Tulsa, OK 74104

Mark L. Edwards
Edward Law Firm
P.O. Box 1066
McAlester, OK 74502

Elizabeth A. Ellis
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Amy Eskin
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib & Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

G. Steven Fleschner
Fleschner, Stark, Tanoos & Newlin
201 Ohio Street
Terre Haute, IN 47807

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

James P. Frickleton
Bartimus, Frickleton, Robertson & Gorny, P.C.
11150 Overbrook Drive
Suite 200
Leawood, KS 66211

Daniel H. Friedman
Friedman Law Offices
P.O. Box 82009
Lincoln, NE 68501

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

W. Lewis Garrison, Jr.
Heninger, Garrison & Davis, LLC
2224 First Avenue North
Birmingham, AL 35203-1310

Dennis C. Gaughan
6161 South Park Avenue
Hamburg, NY 14075-3837

Daniel P. Goetz
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

Christopher A. Gomez
Miller & Associates
555 East City Avenue, Suite 910
Bala Cynwyd, PA 19004

David S. Gorham
Hopkins & Huebner, P.C.
Terrace Center, Suite 111
2700 Grand Avenue
Des Moines, IA 50312

Richard H. Greener
Greener, Banducci & Shoemaker, P.A.
815 West Washington Street
Boise, ID 83702

Lesile Greenspan
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

H Blair Hahn
Richardson Patrick Westbrook
& Brickman LLC
P.O. Box 1007
Mt Pleasant, SC 29465

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Dennis Richard Harrison
6a Short Street
Cementon, NY 12414-6913

T. David Hasbrook
Woska, Hasbrook, Dowd, Underwood
& Helms
120 N Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street, Suite 1501
Omaha, NE 68102

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Marcus Edward Hayes, Sr.
Crumley & Associates, P.C.
2400 Freeman Mill Rd., Suite 200
Greensboro, NC 27406

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

James P. Holloran
Holloran & Schwartz
1010 Market Street, Suite 1650
St. Louis, MO 63101

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

G. Dallas Horton
G. Dallas Horton & Associates
530 South Fourth Street
Las Vegas, NV 89101

Richard Anthony Jasaitis
Dechert LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 85430-5218

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road
Suite B
Godfrey, IL 62035

Charles Lampin
Kell Lampin, LLC
4700 Mexican Road
St. Peters, MO 63376

Kristine Larsen
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Safdar Lilak
8153 South Trenton Way
Centennial, CO 80112

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

INVOLVED COUNSEL LIST (CTO-64) MDL-1657

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Stephen D. Martin
Nelson, Mullins, Riley & Scarborough
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

David Martinez
Robins, Kaplan, Miller & Ciresi, L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Charles Allison Mathis, Jr.
Mathis Law Firm, P.C.
15 Piedmont Center, Suite 1560
Atlanta, GA 30305

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Tim Dwight Maxcey
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74501-1369

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Gregory N. McEwen
McEwen Law Firm, PLLP
5850 Blackshire Path
Inver Grove Heights, MN 55076

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Christopher R. Miller
Humphrey, Farrington
& McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Nancy A. Mismash
Robert J. Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Matthew B. Moreland
106 7th Street W
P.O. Drawer H
Reserve, LA 70084

Kathleen M. Morgan
Moriarty, Leyendecker, P.C.
1123 Spruce Street, #200
Boulder, CO 80302

F. Chadwick Morriss
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Andrews Howell Myers
Wheeler, Trigg & Kennedy, LLP
U.S. District Court Box 19
1801 California Street, Suite 3600
Denver, CO 80202

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

Donald L. O'Keefe, Jr.
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Peter J. Payne
Penn Plaza
Suite 208
Turtle Creek, PA 15145

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

Robert E. Piper, Jr.
Piper & Assoc
P.O. Box 69
Shreveport, LA 71161

Scott E. Poynter
Emerson Poynter, LLP
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Joel R. Rhine
Lea, Rhine, Rosbrugh
& Chleborowicz, PLLC
314 Walnut Street
Suites 1000 & 2000
Wilmington, NC 28401

Preston E. Roskin
Preston E. Roskin, P.C.
222 S. Central Avenue, Suite 1010
Clayton, MO 63105

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

Vincent A. Sheheen
Savage Royall & Sheheen
P.O. Drawer 10
Camden, SC 29020

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

Jennifer F. Sherrill
Federman & Sherwood
120 North Robinson, Suite 2720
Oklahoma City, OK 73102

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Michael C. Smith
Michael C. Smith Law Offices
21515 Hawthorne Boulevard
Suite 500
Torrance, CA 90503

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Michel L. Starkey
Fleschner, Stark, Tanoos & Newlin
201 Ohio Street
Terre Haute, IN 47807

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue, Suite 2700
Oklahoma City, OK 73102

Bryant M. Struble
Thompson Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

George Henry Temple, Jr.
613 Willard Place
Raleigh, NC 27603

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
P.O. Box 829
Boise, ID 83701

Richard S. Toon, Jr.
Toon & Osmond
1800 S. Baltimore, Suite 1000
Tulsa, OK 74119

Chad M. Tuschman
Williams, Jilek, Lafferty, Gallagher
& Scott Co.
500 Toledo Legal Building
416 North Erie Street
Toledo, OH 43624-1696

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Raymond A. Vincent
Poole, Blankenship, Vincent & Pool
4300 N.W. 11th Street
Oklahoma City, OK 73103

Frank F. Voler
Law Offices of Michael A. DeMayo, LLP
P.O. Box 34426
Charlotte, NC 28234

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Roblin J. Williamson
Williamson & Williams
811 1st Avenue, Suite 201
Seattle, WA 98104

Phillip A. Wittmann
Stone, Pigman, Walther
& Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James Clark Wyly
Patton, Haltom, Roberts, Mcwilliams
& Greer
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505

Arnold C. Young
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412-0048

Robert J. Zavesky
Berger & Zavesky
Rockefeller Building
614 West Superior Avenue, Suite 1425
Cleveland, OH 44113

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Thomas A. Zimmerman, Jr.
Zimmerman & Associates, P.C.
100 West Monroe, Suite 1300
Chicago, IL 60603

# INVOLVED JUDGES LIST (CTO-64)
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Terry I. Adelman
U.S. Magistrate Judge
15.174 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Hon Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Richard J. Arcara
Chief Judge, U.S. District Court
609 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. Janet Bond Arterton
U.S. District Judge
118 Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Timothy C. Batten, Sr.
U.S. District Judge
1756 Richard B. Russell Federal Building
& United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Hon. James A. Beaty, Jr.
U.S. District Judge
248 Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

~~Hon. W. Earl Britt~~
~~Senior U.S. District Judge~~
~~U.S. District Court~~
~~P.O. Box 27504~~
~~Raleigh, NC 27611-7504~~

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Robert J. Conrad, Jr.
Chief Judge, U.S. District Court
United States District Court
235 Charles R. Jonas Fed. Bldg.
401 West Trade Street
Charlotte, NC 28202

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court
Federal Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. Clarence Cooper
U.S. District Judge
1701 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

~~Hon. Frank C. Damrell, Jr.~~
~~U.S. District Judge~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. John W. Darrah
U.S. District Judge
1288 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. B. Avant Edenfield
Senior U.S. District Judge
P.O. Box 9865
Savannah, GA 31412

~~Hon. Morrison C. England, Jr.~~
~~U.S. District Judge~~
~~United States District Court~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814~~

Hon. Gary Feess
U.S. District Judge
U.S. Courthouse
312 North Spring Street, Suite 730
Los Angeles, CA 90012-4701

Hon. Phillip S. Figa
U.S. District Judge
A635 Alfred A. Arraj
U.S. Courthouse
901 19th Street
Denver, CO 80294

Hon. Duross Fitzpatrick
Senior U.S. District Judge
P.O. Box 1014
Macon, GA 31202-1014

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. J. Owen Forrester
Senior U.S. District Judge
1921 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. James Knoll Gardner
U.S. District Judge
U.S. District Court & Fed. Bldg.
504 W. Hamilton Street
Suite 4701
Allentown, PA 18101

~~Hon. J. Phil Gilbert~~
~~U.S. District Judge~~
~~U.S. Courthouse~~
~~301 West Main Street~~
~~Benton, IL 62812-1362~~

Hon. Thomas M. Golden
U.S. District Judge
United States District Court
401 Madison Building
400 Washington Street
Reading, PA 19601-3915

~~Hon. Joseph R. Goodwin~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~P.O. Box 2546~~
~~Charleston, WV 25329-2546~~

Hon. J. Thomas Greene
Senior U.S. District Judge
447 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr.
U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
559 John Paul Hammerschmidt
Fed. Bldg.
35 East Mountain Street
Fayetteville, AR 72701

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Anthony W. Ishii
U.S. District Judge
United States District Court
2500 Tulare Street
Room 1501
Fresno, CA 93721-1318

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Lewis A. Kaplan
U.S. District Judge
1310 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Hon. Lawrence K. Karlton~~
~~Senior U.S. District Judge~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814~~

Hon. David A. Katz
Senior U.S. District Judge
307 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Ronald E. Longstaff
U.S. District Judge
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Alia M. Ludlum
U.S. District Judge
A-202 U.S. Courthouse
111 East Broadway Street
Del Rio, TX 78840

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Beverly B. Martin
U.S. District Judge
Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, SW
23rd Floor
Atlanta, GA 30303

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Norman A. Mordue~~
~~Chief Judge, U.S. District Court~~
~~P.O. Box 7336~~
~~Syracuse, NY 13261~~

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. Edward W. Nottingham
U.S. District Judge
A1041 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

~~Hon. Marilyn Hall Patel~~
~~U.S. District Judge~~
~~Phillip Burton U.S. Courthouse~~
~~P.O. Box 36060~~
~~San Francisco, CA 94102-3661~~

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Philip M. Pro
Chief Judge, U.S. District Court
7015 Lloyd D. George
U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. T. Michael Putnam
U.S. Magistrate Judge
275 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Arthur J. Schwab
U.S. District Judge
7280 United States P.O. & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Jeanne E. Scott
U.S. District Judge
319 Paul Findley Federal Bldg.
600 East Monroe Street
Springfield, IL 62701

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

~~Hon. William B. Shubb~~
~~Senior U.S. District Judge~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

~~Hon. William D. Stiehl~~
~~Senior U.S. District Judge~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202~~

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402-3443

Hon. Robert L. Vining, Jr.
Senior U.S. District Judge
P.O. Box 6226
Rome, GA 30162-6226

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Glen M. Williams
Senior U.S. District Judge
P.O. Box 339
Abingdon, VA 24212

INVOLVED JUDGES LIST (CTO-64) MDL-1657

Page 5 of 5

Hon. Mikel H. Williams
U.S. Magistrate Judge
Federal Building & U.S. Courthouse MSC 040
550 West Fort Street
Boise, ID 83724

Hon. Freda L. Wolfson
U.S. District Judge
6050 Clarkson S.
Fisher Federal Bldg. & US Courthouse
402 East State Street
Trenton, NJ 08608

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

# INVOLVED CLERKS LIST (CTO-64)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse
MSC 039
550 West Fort Street,
Boise, ID 83724

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 6420
Fayetteville, AR 72702-6420

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse & P.O. Building
500 North State Line Avenue
Texarkana, TX 75501

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Gregory C. Langham, Clerk
A105 Alfred A. Arraj
U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr.
U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Jack L. Wagner, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

~~Jack L. Wagner, Clerk~~
~~4-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

James G. Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

John F. Corcoran, Clerk
P.O. Box 490
Big Stone Gap, VA 24219

John M. Waters, Clerk
151 Paul Findley Federal Bldg.
600 East Monroe Street
Springfield, IL 62701

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Laura A. Briggs, Clerk
207 Federal Building
30 North 7th Street
Terre Haute, IN 47808

~~Lawrence K. Baerman, Clerk~~
~~345 James T. Foley U.S. Courthouse~~
~~445 Broadway~~
~~Albany, NY 12207~~

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Rodney C. Early, Clerk
2120 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1368

Scott Poff., Clerk
P.O. Box 8286
Savannah, GA 31412-8286

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

~~Teresa Deppner, Clerk~~
~~Post Office Box 2546~~
~~Charleston, WV 25329-2546~~

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William G. Putnicki, Clerk
L-100 U.S. Courthouse
111 East Broadway
Del Rio, TX 78840-5573

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed.
Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608